ACCEPTED
04-15-00107-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/9/2015 1:00:22 PM
KEITH HOTTLE
CLERK

## No. 04-15-00107-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/9/2015 1:00:22 PM
KEITH E. HOTTLE
Clerk

IN THE COURT OF APPEALS
FOR THE FOURTH DISTRICT OF TEXAS
AT SAN ANTONIO

**JUSTIN V. HAYNES,**
**APPELLANT**

**V.**

**ALICIA BRYAN HAYNES,**
**APPELLEE**

On Appeal from Cause No. 2012-Cl-14023, In the 166th Judicial District Court of Bexar County, Texas, Honorable David Canales, Presiding

### APPELLANT'S ADVISORY REGARDING STATUS OF TRIAL PROCEEDINGS

TO THE HONORABLE COURT OF APPEALS:

Appellant Justin V. Haynes respectfully provides this advisory informing the Court of the current status of the trial court proceedings pursuant to the Court's September 2, 2015 order.

### I.

This appeal initially arose from the March 3, 2015 judgment rendered by the trial court. The notice of appeal was filed on February 16, 2015. The Clerk's Record was filed on May 5, 2015. The Reporter's

Record was filed on May 4, 2015 and June 16, 2015. The trial court rendered a Modified Judgment on June 16, 2015.

Appellant's brief was due to be filed by July 16, 2015. However, Appellant filed his unopposed motion to extend that deadline or to abate the appeal pending final resolution of the trial court proceedings. On July 20, 2015, the Court entered its order abating this appeal.

On August 31, 2015, the trial court rendered its second modified judgment. As a result, Appellant will be required to file a new round of post-judgment pleadings, including his Request for Findings of Fact and Conclusions of Law, Motion to Modify Judgment and Motion for New Trial. Because the request for findings and conclusions and the pending motions might affect the pending appeal, or render it altogether moot, and the parties must again supplement the current appellate record to include the Reporter's Record from the subsequent post-judgment hearings and the additional filings that resulted in both modified judgments as well as the filings subsequent to the trial court's rendering of of the latest modified judgment, Appellant respectfully requests that this appeal continue to be abated until the trial court proceedings conclude and the complete appellate record is filed in this Court.

## II.

The continuation of the abatement is not sought for purposes of delay. Rather, this request is made to ensure that the issues raised in this appeal are presented to this Court in the most efficient and expeditious manner possible.

WHEREFORE, PREMISES CONSIDERED, Appellant Justin V. Haynes respectfully requests that the Court continue to abate this appeal until after the trial proceedings conclude and the complete appellate record is filed in this Court, and such other and further relief to which he is justly and equitably entitled.

Respectfully submitted,

*/s/ Ryan G. Anderson*

Ryan G. Anderson
State Bar No. 00783546
LAW OFFICES OF RYAN G. ANDERSON, PLLC
115 E. Travis, Suite 1403
San Antonio, Texas 78205
(210) 399-0198
(210) 855-5050 (Facsimile)
ryan@rgalawpc.com

RICHARD R. ORSINGER
State Bar No. 15322500
ORSINGER, NELSON, DOWNING &
ANDERSON  L.L.P.
310 S. St. Mary's, Suite 1717
San Antonio, Texas 78205
(210) 225-5567 Telephone
(210) 267-7777 Telecopier
richard@ondafamilylaw.com

ATTORNEYS FOR APPELLANT
JUSTIN V. HAYNES

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served in accordance with the Texas Rules of Civil Procedure on September 9, 2015, on the following:

Eric Lipper
Whitney N. Rawlinson
Hirsch & Westheimer, P.C.
1415 Louisiana, 36th Floor
Houston, Texas 77002
***Attorneys for Alicia Bryan Haynes***

Biff Pennypacker
Wilson, Pennypacker & Thompson LLP
8620 N. New Braunfels, Suite 101
San Antonio, Texas 78217
***Attorneys for Alicia Bryan Haynes***

Jo Chris Lopez
Rob Ramsey
Langley & Banack, P.C.
745 E. Mulberry, Suite 900
San Antonio, Texas 78212
***Attorneys for Alicia Bryan Haynes***


        */s/ Ryan G. Anderson*
        Ryan G. Anderson